UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVE HARRIS,

               Plaintiff,

- against -

CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION, TRANS UNION LLC, and EQUIFAX INFORMATION SERVICES, LLC,

               Defendants.

**ORDER OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY**

21 Civ. 575 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims against Defendant Equifax Information Services, LLC ("Equifax") have been settled, it is ORDERED that Plaintiff's claims against Equifax are dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, either party may apply by letter within the thirty-day period for restoration of Plaintiff's claims against Equifax to the calendar of the undersigned, in which event Plaintiff's claims against Equifax will be restored. The Clerk of Court is directed to terminate Defendant Equifax Information Services, LLC. Any pending dates and deadlines are adjourned sine die, and any pending motions are moot, as to Equifax.

Dated: New York, New York
       February 1, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge