UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVE HARRIS,

               Plaintiff,

     - against -

TRANS UNION LLC,

               Defendant.

**ORDER**

21 Civ. 575 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed during the May 6, 2021 conference, this case will be stayed for thirty days to provide the parties an opportunity to settle this matter. Should this matter not be resolved in that thirty-day period, the parties' proposed case management plan will be adjusted thirty days to reflect time spent on settlement negotiations and entered by this Court.

Dated: New York, New York
       May 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge